**FEDERAL DISTRCIT COURT FOR THE DISTRICT OF RHODE ISLAND**

**Alex O'Neil,**

    Plaintiff,

    vs.                                                                                            11-461 L

**Viking Collection Service, Inc.,**
**Ginny Hill, alias**
**Joe Mason, alias**
**Amy Hall, alias**

    Defendants.

_____

<u>**Notice of Dismissal**</u>

Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, and no defendant having filed an Answer or Motion for Summary Judgment, the Plaintiff hereby files this notice dismissing this matter as to all parties with prejudice, no cost and no interest.

    The Plaintiff,
    By Counsel,

    /s/ John T. Longo
    _____
    Citadel Consumer Litigation, P.C.
    John T. Longo, Esq./#4928
    681 Smith Street
    Providence, RI  02908
    (401) 383-7550
    Fax (401) 537-9185
    jtlongo@citadelpc.com

**Certificate of Service**

I certify that on __11/9/11__ I electronically filed this document with the Clerk of the United States District Court for the District of Rhode Island using the CM/ECF System. The following participants received notice electronically:

    None.

I further certify that I caused a copy of this document to be sent to the people listed below via first class mail or, if only an e-mail address is listed below, via e-mail:

Doug Boyum, Assistant Vice President
Viking Collection Service Inc.
Phone:  1-800-767-7920
dboyum@vikingservice.com

    /s/ John T. Longo
    _____
    John T. Longo, Esq./#4928

FD 3375